UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

_____

ERNEST ALLEN,

       Petitioner,

    v.

DARREL VANNOY, Warden of Louisiana State Penitentiary,

       Respondent.

_____

Case No. 3:25-cv-01448

### NOTICE OF RELATED CASE

Pursuant to Local Rule 3.1, counsel advises the Court that this matter was transferred from the Middle District of Louisiana, in part, because of its relationship to an earlier case in the Eastern District of Louisiana, *Cooks v. Cain*, Case No. 14-cv-0748-MAVL-KWR. *See* Order, *Allen v. Vannoy*, Case No. 25-528-SDD-RLB (M.D. La. July 14, 2024).

While Mr. Allen was not a party to that matter—which was litigated *pro se* by Mr. Allen's co-defendant—a careful review of the strength of the State's case against both co-defendants was previously conducted by the magistrate judge and district judge as part of the court's analysis of that claim. *See, e.g.,* Report and Recommendation, *Cooks v. Cain*, No. CIV.A. 14-0748, 2015 WL 105761, at *10, *13 (E.D. La. Jan. 5, 2015) ("Here, there is no doubt that Wesley's identification testimony was essential to Cooks' conviction because there was no other corroborating evidence of Cooks' guilt . . . . The Court notes that the question presented before it is an extremely close one . . . "). The instant petition filed by Mr. Allen involves both *Brady* and *Napue* claims and is predicated on new, additional *Brady*

1

disclosures, but "a material part of the subject matter or operative facts" may be the same as previous action.

        Respectfully submitted,

        */s/ Thomas W. Frampton*
        Thomas W. Frampton, La. Bar No. 35775
        *Counsel for Petitioner Ernest Allen*
        Associate Professor
        University of Virginia School of Law
        580 Massie Road
        Charlottesville, VA 22903
        tel: 202.352.8341
        *Affiliation for Identification Only*