**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

Sent To: Orleans Parish District Attorney's Office
619 S. White Street
New Orleans, LA 70119

25-1448
Allen v Vannoy

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

Sent To: Attorney General's Office
Criminal Division
P.O. Box 94005
Baton Rouge, LA 70804-9005

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

Sent To: Orleans Parish
Criminal Clerk
Criminal District Court
2700 Tulane Avenue
New Orleans, LA 70119